**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Ronald Kotulak

                              Plaintiff,

v.                                                        Case No.: 1:12–cv–05447
                                                               Honorable John Z. Lee

Peregrine Financial Group, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 2, 2012:

      MINUTE entry before Honorable John Z. Lee: Status hearing held on 10/2/2012. Defendant is not present. This case is stayed pending the bankruptcy matter related to Peregrine Financial Group. Status hearing set for 1/8/2013 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.