UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ronald Kotulak

                Plaintiff,

v.                                             Case No.: 1:12–cv–05447
                                                     Honorable John Z. Lee

Peregrine Financial Group, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2012:

      MINUTE entry before Honorable John Z. Lee: Due to Peregrine Financial Group, Inc.'s (d/b/a **PFGBEST**) notice of suggestion of voluntary bankruptcy and the representation that this case will most likely proceed in the bankruptcy court, the Court hereby stays all matters and transfers this case to this Court's suspended trial calendar. The parties shall notify the Court by filing a motion to lift the stay within 30 days of the conclusion of the bankruptcy proceedings. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.